*vin L. Wulf* for the American Civil Liberties Union et al., as *amici curiae,* in support of the petition. *John T. Corrigan* and *Gertrude Bauer Mahon* for the State of Ohio, as *amicus curiae,* on behalf of respondent. ■■

No. 67. CHEFF *v.* SCHNACKENBERG, U. S. CIRCUIT JUDGE, ET AL. C. A. 7th Cir. Certiorari granted limited to Question 3 presented by the petition which reads as follows:

"3. Whether, after denial of a demand for jury trial, the sentence of imprisonment of six months imposed upon petitioner is constitutionally permissible under Article III and the Sixth Amendment."

Case placed on the summary calendar and set for argument immediately following No. 442.

*Richard M. Keck* for petitioner. *Solicitor General Cox, E. K. Elkins* and *Miles J. Brown* for respondents.

No. 493. HAMMONS *v.* OREGON. Sup. Ct. Ore. Certiorari denied. *Milton Heller* for petitioner. *George Van Hoomissen* and *George M. Joseph* for respondent.

No. 504. SHELTON *v.* GEORGIA. Ct. App. Ga. Certiorari denied. *Wesley R. Asinof* for petitioner. *Lewis R. Slaton* and *J. Walter LeCraw* for respondent. ■■

No. 507. FATA *v.* CO-ORDINATING COMMITTEE ON DISCIPLINE. Ct. App. N. Y. Certiorari denied. *Matthew H. Brandenburg* for petitioner. *Angelo T. Cometa* for respondent.